UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

V.                                    CRIMINAL 5:06CR30-DCB-JCS

DEMARCUS FOWLER

## CORRECTED AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence in this case is reduced from 24 months to 18 months;

(2) Defendant's projected release date is June 14, 2008; with his 6 month reduction, he should be entitled to immediate release.

(3) If this sentence is less than the amount of time the defendant has served, Defendant's sentence is reduced to **TIME SERVED**.

(4) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 19th day of March, 2008.

UNITED STATES DISTRICT COURT JUDGE

AGREED:

ASSISTANT U.S. ATTORNEY                    DEFENSE COUNSEL