UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.                                                                                              5:06CR30DCB

DEMARCUS FOWLER                                                                DEFENDANT

AGREED ORDER IN GARNISHMENT

This cause is before the Court on a Joint Motion for Wage Assignment filed October 26, 2010. (#31) and the Court has considered the joint motion and, therefore, finds as follows:

1. A Judgment was entered against Demarcus Fowler, defendant, February 13, 2007, (#18) in this action in the amount of $1,600.00. The total balance due on the Judgment is $1,066.00, as of October 26, 2010.

2. Goodwill Industries, located at 104 E. State Street, Ridgeland, MS 39157, has in its possession, custody or control property of the judgment defendant in the form of wages paid to the judgment defendant, Demarcus Fowler.

3. The judgment defendant, Demarcus Fowler, waives his right to a hearing under 28 U. S. C. § 3205 and any other process to which he may be entitled under the Federal Debt Collection Procedures Act of 1990.

4. The judgment defendant, Demarcus Fowler, agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of this agreed Order is proper.

5. The United States of America, and the defendant, Demarcus Fowler, pursuant to the advice of the United States Probation Office, agree that the sum of $100.00 per month will be deducted from the Defendant's wages and applied toward the repayment of the judgment debt.

6.	The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $1,600.00, upon which there is an unpaid balance of $1,066.00 as of October 26, 2010.  These deductions are to continue until the unpaid balance is fully paid and satisfied.

7.	Payments should be made payable to: U. S. Clerk of Court and mailed to Post Office Box 23552, Jackson, MS 39225-3552.

SO ORDERED this    28th    day of   October   , 2010.


   s/ David Bramlette
HONORABLE DAVID C. BRAMLETTE
Senior, United States District Court Judge